IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                  NO. 04-20193-Ma

MAURICE GIPSON,

    Defendant.

## ORDER RESETTING SENTENCING DATE

Before the court is the defendant's April 12, 2005, motion to continue the sentencing of Maurice Gipson, which is presently set for April 18, 2005. For good cause shown, the motion is granted. The sentencing of defendant Maurice Gipson is **reset to Tuesday, May 17, 2005, at 9:00a.m.**

It is so ORDERED this 15th day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-18-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20193 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT