IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 17 PM 12: 45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                              NO. 04-20193-Ma

MAURICE GIPSON,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's May 16, 2005, motion to continue the sentencing of Maurice Gipson, which is presently set for May 17, 2005. For good cause shown, the motion is granted. The sentencing of defendant Maurice Gipson is **reset to June 10, 2005 at 11:00 a.m.**

It is so ORDERED this 16th day of May, 2005.

                                                     _____
                                                     SAMUEL H. MAYS, JR.
                                                     UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CR-20193 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT